# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT F. MILES | 1:04 CV F 6656 OWW DLB P |
| Plaintiff, | ORDER DIRECTING PLAINTIFF TO SUBMIT USM 285 FORMS |
| v. | |
| ARNOLD SCHWARZENEGGER, et.al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The complaint appears to state a cognizable claim for relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b).   Accordingly, IT IS HEREBY ORDERED that:

    1. Service is appropriate for defendant Board of Prison Terms.

    2. The Clerk of the Court shall send plaintiff one (1) USM-285 form, one (1) summons, an instruction sheet and a copy of the complaint filed December 6, 2004.

    3. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the court with the following documents:

        a. Completed summons;

        b. One completed USM-285 form for each defendant listed above; and

        c. Two (2) copies of the endorsed complaint filed December 6, 2004.

1

1  4. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. Plaintiff's failure to comply with this order may result in sanctions, including dismissal of this action. Local Rule 11-110.

IT IS SO ORDERED.

**Dated:   May 27, 2005**                             /s/ Dennis L. Beck
3b142a                                         UNITED STATES MAGISTRATE JUDGE