UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT F. MILES, | 1:04-cv-06656-OWW-DLB-P |
| Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATION** (Doc. 10) |
| vs. | **ORDER GRANTING DISMISSAL OF CERTAIN DEFENDANTS** |
| ARNOLD SCHWARZENEGGER, et al., | |
| Defendants. | |

Plaintiff, Robert F. Miles ("plaintiff"), a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On May 31, 2005, the Magistrate Judge filed Findings and Recommendation herein which were served on the parties and which contained notice to the parties that any objections to the Findings and Recommendation were to be filed within thirty (30) days. To date, the parties have not filed objections to the Magistrate Judge's Findings and Recommendation.

//

1

1  In accordance with the provisions of 28 U.S.C.
2  § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a
3  de novo review of this case.  Having carefully reviewed the
4  entire file, the Court finds the Findings and Recommendation to
5  be supported by the record and by proper analysis.
6  Accordingly, IT IS HEREBY ORDERED that:
7  1.  The Findings and Recommendation, filed May 31, 2005,
8  are ADOPTED IN FULL;
9  2.  This action proceed against the Board of Prison Terms
10 only; and,
11 3.  Defendants Arnold Schwarzenegger, the California
12 Department of Corrections, and Wasco State Prison are DISMISSED,
13 from this action.
14 IT IS SO ORDERED.
15 **Dated:   September 1, 2005**              **/s/ Oliver W. Wanger**
   emm0d6                                  UNITED STATES DISTRICT JUDGE

2