UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MILES,<br><br>           Plaintiff,<br><br>vs.<br><br>SCHWARZENEGGER, et al.,<br><br>           Defendants.<br>_____/ | 1:04-cv-06656-OWW-DLB-P<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 20)<br><br>**ORDER GRANTING IN PART AND DENYING IN PART MOTION TO DISMISS** (Doc. 17)<br><br>**ORDER CONCLUDING ENTIRE ACTION** |

     Plaintiff, Robert Miles ("plaintiff"), is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

     On May 9, 2006, the Magistrate Judge filed Findings and Recommendations herein which were served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within thirty (30) days.  On May 24, 2006, plaintiff filed objections to the Magistrate Judge's Findings and Recommendations.

//

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed May 9, 2006, are ADOPTED IN FULL;

2. Defendant's motion to dismiss for failure to file suit within the one-year statute of limitations is DENIED;

3. Defendant's motion to dismiss plaintiff's claims against the Board of Prison Terms as barred by the Eleventh Amendment is GRANTED; and,

4. Plaintiff's complaint is DISMISSED without leave to amend, thus CONCLUDING this action in its entirety.

IT IS SO ORDERED.

**Dated:   August 17, 2006**              /s/ Oliver W. Wanger
emm0d6                                    UNITED STATES DISTRICT JUDGE